RECEIVED
JUL 2 8 2009
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES | CR. ACTION NO. 08-CR-0069 |
| VS. | JUDGE DOHERTY |
| CLYDE J. PONTEFRACT | MAGISTRATE JUDGE METHVIN |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record including the objections filed by defendant, and having determined that the findings and recommendation are correct under the applicable law, this Court adopts the conclusions set forth therein. Accordingly,

**IT IS ORDERED, ADJUDGED AND DECREED** that defendant's motion to suppress is **DENIED**.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of _____, 2009.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE