RECEIVED
JAN - 6 2010
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 08-cr-69-01 |
| VERSUS | * | JUDGE DOHERTY |
| CLYDE PONTEFRACT | * | MAGISTRATE JUDGE ~~METHVIN~~ HANNA |

## JUDGMENT

This matter was referred to United States Magistrate Judge Mildred E. Methvin for her Report and Recommendation. After an independent review of the record and the applicable jurisprudence, and noting the absence of objection, this Court concludes that the Findings and Recommendation of the magistrate judge are correct and this Court adopts the conclusions set forth therein.

Accordingly, **IT IS ORDERED, ADJUDGED AND DECREED** that defendant Clyde Pontefract is competent to stand trial, and his motion for hearing to determine competency and competency to stand trial (Rec. Doc. 76) **is DENIED**.

Lafayette, Louisiana this ___ day of January, 2009.

REBECCA DOHERTY
UNITED STATES DISTRICT JUDGE