RECEIVED
IN LAFAYETTE, LA.

FEB 0 1 2011

TONY R. MOORE, CLERK
BY_____M3D_____
        DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES
~~LAFAYETTE~~ DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION NO.: 08-00069 |
| VERSUS | JUDGE DOHERTY |
| CLYDE J. PONTEFRACT | MAGISTRATE JUDGE HANNA |

### ORDER ACCEPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE CONCERNING PLEA OF GUILTY

After reviewing all relevant matters of record, including the Plea Agreement [Rec. Doc. 133], the Oral Report and Recommendation Concerning Plea of Guilty of the United Sates Magistrate Judge [Rec. Doc. 138], and the transcript of the plea hearing [Rec. Doc. 137 & 139], and no objections thereto having been filed within the time frame provided by the Magistrate Judge, the undersigned District Judge is of the opinion that the Report and Recommendation of the Magistrate Judge concerning the plea of guilty is correct, and it is hereby accepted by the Court. Accordingly, the Court accepts the plea of guilty, and defendant is hereby adjudged guilty. Sentence will be imposed following receipt of the Presentence Report and any presentence memoranda counsel wish to file.

Signed this __31__ day of January, 2011.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE

COPY SENT:
DATE: 2-1-11
BY: MBD
TO: RJM
    US ATTY
    USP